```
 1  JOHN F. KELLY                                    FILED
    Attorney at Law #163883
 2  444 West "C" Street, Suite 330                   07 JAN -3 PM 1:09
    San Diego, California 92101
 3  619-231-3097                                     CLERK, U.S. DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA
 4  Attorney for SERGIO SALINAS-BECERRA
                                                              BY              DEPUTY
 5                      UNITED STATES DISTRICT COURT

 6                     SOUTHERN DISTRICT OF CALIFORNIA

 7
    UNITED STATES OF AMERICA,        )   Case No. 06MG2194  06cr2726-WQH
 8                  Plaintiff,       )
                                     )   SUBSTITUTION OF ATTORNEY
 9                                   )
                                     )
10        V.                         )
                                     )
11  SERGIO SALINAS-BECERRA,          )
                                     )
12                  Defendant.       )
                                     )
13  _____  )
```

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of : _____Frank Sanchez_____.

Dated: 11/10/06                    _____SERGIO SALINAS_____
                                   Sergio Salinas-Becerra
                                   Defendant

Dated: 11/10/06                    _____
                                   John F. Kelly
                                   Attorney for Defendant

I consent to the above substitution:

Dated:                             _____
                                   Frank Sanchez
                                   Attorney at Law

**IT IS HEREBY ORDERED** that attorney John F. Kelly be substituted as attorney of record in this matter.

Dated: 12-28-06                    _____
                                   United States District/Magistrate Judge